65 So.2d 124

**STATE ex rel. WOOD et al. v. DAVIS-WOOD LUMBER CO.**

No. 40874.

April 27, 1953.

Archie M. Suthon, New Orleans, and Philip E. Pfeffer, Covington, for defendant-appellant.

Raymond H. Saal, Covington, for plaintiff-appellee.

FOURNET, Chief Justice.

On joint motion of counsel for appellant-respondent, Davis-Wood Lumber Company, and counsel for appellee-relator, Mrs. Winnie Davis Wood, et al., and the showing that this Court lacks appellate jurisdiction in this case as the record fails to affirmatively disclose the amount in dispute exceeds $2,000, see Louisiana Board of Pharmacy v. Smith, 221 La. 1026, 61 So.2d 513, and cases cited therein; Adger v. Oliver, 222 La. 793, 64 So.2d 6.

By virtue of the authority vested in this Court by LSA–R.S. 13:4441, 13:4442, it is ordered that this case be transferred to the Court of Appeal, First Circuit, the transfer to be made within 30 days after this decree has become final; otherwise the appeal is to be dismissed; the appellant to pay the costs of the appeal to this Court and the costs of transferring the case to the Court of Appeal; all other costs to await the final disposition of the case.